**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 97-10447
(Summary Calendar)
_____

WILBUR L. WILLIS,

Plaintiff-Appellant,

versus

ITT EDUCATIONAL SERVICES, INC.,
d/b/a ITT TECHNICAL INSTITUTE,

Defendant-Appellee.

_____

Appeal from the United States District Court
For the Northern District of Texas
(95-CV-1966)

_____

February 10, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

In this Title VII employment discrimination case, Plaintiff-Appellant Wilbur L. Willis appeals from the district court's grant of summary judgment, dismissing his action against Defendant-Appellee ITT Educational Services, Inc., d/b/a ITT Technical Institute. After reviewing <u>de</u> <u>novo</u> all of the facts as presented

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

by the parties, we reach the same conclusion as did the district court — for the reasons advanced by that court — and append hereto a copy of the transcript of the district court's oral ruling.[2]  Accordingly, the judgment of the district court, is, in all respects, affirmed at appellant's cost.  The parties' respective motions for attorney's fees are denied.

AFFIRMED; costs assessed to Appellant; parties' motions for attorney's fees denied

---

[2]When Appellant refused to include in the record on appeal a transcript of the portion of the summary judgment hearing containing the ruling of the district court, we ordered a transcript prepared, the costs of which are assessed as costs of this appeal.